PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Hareem Outing                          Cr.: 04-00798-004
                                                         PACTS #: 40626

Name of Sentencing Judicial Officer: Honorable John W. Bessell/ Judge Designate

Date of Original Sentence: 07/20/05

Original Offense: Conspiracy to Possess and Distribute Heroin

Original Sentence: 120 months imprisonment followed by a three-year-term of supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: 06/09/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender failed to refrain from illegal drug use. On September 18, 2012, and November 27, 2012, he tested positive for PCP use. The offender claims that drug use alleviates his symptoms of anxiety.

U.S. Probation Officer Action:

Following the first positive PCP result, we referred the offender for meetings at Narcotics Anonymous (NA). Based on the second PCP positive, we are referring Outing for outpatient individual and group mental health and drug counseling at COPE in Montclair, NJ. We will keep the Court informed of any continued noncompliance.

Respectfully submitted,
Maureen Kelly
By: Kellyanne Kelly
    Senior U.S. Probation Officer
Date: 01/03/13

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

1/11/2013
Date